UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ANGELA TYLER,

                Plaintiff,

       -against-                                    09 Civ. 4147 (LAK)

LIZ CLAIBORNE, INC., et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The motion of James S. Metz for appointment as lead plaintiff and for approval of Katherine Den Bleyker of the firm of Glancy Binkow & Goldberg LLP as lead counsel [DI 2] is denied without prejudice to renewal in the event proof of service is filed on or before November 12, 2009. Absent such filing, the action will be dismissed pursuant to Fed. R. Civ. P. 4(m).

        SO ORDERED.

Dated:       November 4, 2009

                                                      Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/4/09