UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/10
```

--------------------------------------------------------

ANGELA TYLER ET AL.,

        Plaintiffs,

    - against -

LIZ CLAIBORNE, INC., ET AL.,

        Defendants.

--------------------------------------------------------

09 Civ. 4147

**ORDER**

Having considered the motion of James S. Metz for appointment as lead plaintiff and approval

of lead plaintiff's selection of lead counsel, the memorandum of law in support thereof, the declaration

of Katherine Den Bleyker in support of that motion and good cause appearing therefore, it is hereby

ordered that the motion [2] is granted.

1.    Movant James S. Metz is appointed to serve as lead plaintiff in the above-captioned

    action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

2.    The law firm Glancy Binkow & Goldberg LLP is hereby approved as lead counsel for

    the putative class. Lead counsel shall provide general supervision of the activities of

    plaintiffs' counsel. It shall have authority to speak for plaintiffs in all matters regarding

    pretrial procedure, motions, trial, and settlement negotiations, and shall make all work

    assignments in such manner as to facilitate the orderly and efficient prosecution of this

    litigation and to avoid duplicative or unproductive effort.

SO ORDERED.

Dated: New York, New York

January ____, 2010

Feb. 16

                  Richard J. Holwell
             United States District Judge