USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/30/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ANGELA TYLER, Individually and on behalf of
All Others Similarly Situated,

Plaintiff,

-against-

LIZ CALIBORNE, INC., TRUDY F. SULLIVAN, AND WILLIAM L. MCCOMB,

Defendants.

-----------------------------------------------------------X

09 **CIVIL** 4147 (RJH)

# JUDGMENT

Defendants having moved to dismiss, and the matter having come before the Honorable Richard J. Holwell, United States District Judge, and the Court, on September 29, 2011, having rendered its Memorandum Opinion and Order granting defendants' motion to dismiss in its entirety and dismissing the action with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 29, 2011, defendants' motion to dismiss is granted in its entirety, and this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2011

**RUBY J. KRAJICK**

______________________
**Clerk of Court**

**BY:** ______________________
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ______